UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| GLOBO COMUNICACOES E PARTICIPACOES S.A., | ) ) ) | No. 03-17814 (PCB) |
| Debtor. | ) ) |  |

**ORDER GRANTING CONSENSUAL MOTION TO DISMISS
INVOLUNTARY PETITION**

Upon consideration of the motion (the "Motion") to dismiss the involuntary petition filed with this Court on June 13, 2005, by GMAM Investment Funds Trust I, Foundation for Research and WRH Global Securities Pooled Trust (collectively, "Petitioners") on the consent of Globo Comunicacaoes e Participacoes S.A. ("Globopar"), and it appearing that:

1. No objections to the Motion have been filed; and

2. Dismissal of the involuntary petition pursuant to 11 U.S.C. § 303(j)(2) is appropriate;

IT IS HEREBY ORDERED that the Motion is granted and the involuntary petition is dismissed.

> SO ORDERED
> this 1st day of June 2005
>
> /s/ Prudence Carter Beatty
> Hon. Prudence Carter Beatty
> United States Bankruptcy Judge